**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KARLA COOKE,<br>Plaintiff,<br><br>v.<br><br>TRUCKPRO, LLC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-2901-SHL-tmp |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Karla Cooke's Complaint, (ECF No. 1), filed September 24, 2025,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with Plaintiff's Stipulation of Dismissal with Prejudice, (ECF No. 27), and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 9, 2026
Date